1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10
11

| | | |
|---|---|---|
| KEVIN JEROME POWELL, | ) | No. C 13-1703 RMW (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| G. SWARTHOUT, | ) | |
| | ) | |
| Respondent. | ) | |

The court has dismissed the instant habeas action failure to prosecute. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\RMW\HC.13\Powell703jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JEROME POWELL,<br><br>  Plaintiff,<br><br>  v.<br><br>WARDEN G. SWARTHOUT et al,<br><br>  Defendant. | Case Number: CV13-01703 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 13, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin Jerome Powell G-29126
A4-142
Solano - CSP
PO Box 4000
Vacaville, CA 95696

Dated: June 13, 2013

　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　By: Jackie Lynn Garcia, Deputy Clerk