**E-FILED on 2/3/14**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JEROME POWELL,<br><br>　　　　Petitioner,<br><br>　v.<br><br>G. SWARTHOUT, Warden,<br><br>　　　　Respondent. | No. C 13-1703 RMW (PR)<br><br>ORDER GRANTING<br>EXTENSION OF TIME TO PAY<br>FILING FEE |

Petitioner, a state prisoner proceeding pro se, filed a motion for stay and abeyance, which initiated this action. The court directed petitioner to file a petition and pay the filing fee or file an application for leave to proceed in forma pauperis ("IFP"). Petitioner failed to file the necessary documents and the court dismissed this action. (Docket No. 8.) On July 15, 2013, the court granted petitioner's motion for reconsideration to which he attached a petition for writ of habeas corpus and a completed IFP application. However, the court denied petitioner's IFP application and directed him to pay the $5.00 filing fee within twenty-eight days. (Docket No. 14.) Petitioner has filed a letter requesting additional time in which to pay the filing fee. (Docket No. 15.) Petitioner's request is **GRANTED**. Petitioner shall pay the $5.00 filing fee **within twenty-eight days** from the date of this order.

IT IS SO ORDERED.

DATED: 2/3/14

　　　　　　　　　　　　　　　　　_/s/ Ronald M. Whyte_
　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　United States District Judge

Order Granting Ext. of Time to Pay Filing Fee
G:\PRO-SE\RMW\HC.13\Powell703eot-fee.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JEROME POWELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WARDEN G. SWARTHOUT et al,<br><br>　　　　Defendant. | Case Number: CV13-01703 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 3, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin Jerome Powell G-29126
A4-142
Solano - CSP
PO Box 4000
Vacaville, CA 95696

Dated: February 3, 2014

　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　By: Jackie Lynn Garcia, Deputy Clerk