*E-FILED*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JEROME POWELL,<br><br>  Petitioner,<br><br> v.<br><br>G. SWARTHOUT, Warden,<br><br>  Respondent. | No. C 13-1703 RMW (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO PAY FILING FEE; DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Docket No. 17) |

On July 15, 2013, petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Docket No. 10.) On February 3, 2014, the court granted petitioner a twenty-eight day extension of time to pay the filing fee. (Docket No. 16.) Petitioner has filed a motion requesting a second extension of time and appointment of counsel. (Docket No. 17.) Petitioner states that he was recently transferred to different institution and does not have his legal documents. He further states that prior to his transfer, he initiated a trust account withdrawal in the amount of the filing fee and directed that it be sent to the court. (Id.)

In the interest of justice, petitioner's motion for an extension of time to pay his filing fee is **GRANTED**. Petitioner shall pay the $5.00 filing fee **within twenty-eight days** from the date of this order. **Petitioner is warned that failure to pay the filing fee within the time required will result in dismissal of this action without further notice.** Plaintiff's motion for appointment of counsel is **DENIED** for want of exceptional circumstances. See Rand v.

1 | Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997); see also Lassiter v. Dep't of Social Services, 452
2 | U.S. 18, 25 (1981) (there is no constitutional right to counsel in a civil case). This denial is
3 | without prejudice to the court's sua sponte appointment of counsel at a future date should the
4 | circumstances of this case warrant such appointment.
5 |     This order terminates docket number 17.
6 |     IT IS SO ORDERED.
7 | DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JEROME POWELL,<br><br>        Plaintiff,<br><br>  v.<br><br>WARDEN G. SWARTHOUT et al,<br><br>        Defendant. | Case Number: CV13-01703 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 8, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin Jerome Powell G-29126
P.B.S.P.
B-3-210
PO Box 7500
Cresent City, CA 95532-7000

Dated: April 8, 2014

                                      Richard W. Wieking, Clerk
                                      By: Jackie Lynn Garcia, Deputy Clerk