*E-FILED on [illegible]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN JEROME POWELL,** | Case No. C 13-1703 RMW (PR) |
| Petitioner, | **[] ORDER** |
| v. | |
| **G. W. SWARTHOUT, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, respondent is granted to and including November 10, 2014 to file an answer showing cause why a writ of habeas corpus should not be granted. Petitioner may file a reply within thirty (30) days after the answer has been filed and served.

Dated: _____

*Ronald M. Whyte*
The Honorable Ronald M. Whyte

1

[] Order - (C 13-1703 RMW (PR))

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KEVIN JEROME POWELL,

        Plaintiff,

v.

WARDEN G. SWARTHOUT et al,

        Defendant.

Case Number: CV13-01703 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 24, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin Jerome Powell G-29126
P.B.S.P.
B-3-210
PO Box 7500
Crescent City, CA 95532-7000

Dated: September 24, 2014

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk