*E-FILED*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JEROME POWELL,<br><br>    Petitioner,<br><br>  v.<br><br>G. SWARTHOUT, Warden,<br><br>    Respondent. | No. C 13-1703 RMW (PR)<br><br>ORDER DENYING MOTION<br>FOR APPOINTMENT OF<br>COUNSEL<br><br>(Docket No. 28) |

Petitioner, a state prisoner proceeding pro se, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court ordered respondent to show cause why a writ of habeas corpus should not be granted. Respondent filed a motion to dismiss the petition as untimely. (Docket No. 26.) Petitioner's opposition is due December 8, 2014.

Pending before the court is petitioner's motion requesting appointment of counsel. (Docket No. 28.) Petitioner states that he has no legal training or knowledge and has inadequate access to the law library and therefore requires the assistance of an attorney. (Id.) Petitioner previously filed a motion for appointment of counsel which was denied for want of exceptional circumstances. (Docket No. 18.) Since the court's previous denial, the circumstances of petitioner's case have not significantly changed. Petitioner has adequately represented himself during these proceedings to date and the lack of legal training is not sufficient to warrant appointment of counsel. Accordingly, petitioner's motion for appointment of counsel is

**DENIED**. This denial is without prejudice to the court's sua sponte appointment of counsel at a future date should the circumstances of this case warrant such appointment.

This order terminates docket number 28.

IT IS SO ORDERED.

DATED: _____

_____
RONALD M. WHYTE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KEVIN JEROME POWELL,

    Plaintiff,

  v.

WARDEN G. SWARTHOUT et al,

    Defendant.

Case Number: CV13-01703 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 17, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin Jerome Powell G-29126
P.B.S.P.
B-3-210
PO Box 7500
Crescent City, CA 95532-7000

Dated: December 17, 2014

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk