ÈÒĔŞŎŐÁÉÁ ĐĞĴĐĤĹ E

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN JEROME POWELL,              )       No. C 13-1703 RMW (PR)
                                  )
                Petitioner,       )       JUDGMENT
                                  )
    vs.                           )
                                  )
                                  )
G.W. SWARTHOUT,                   )
                                  )
                Respondent.       )
                                  )

        The court has dismissed the instant petition for a writ of habeas corpus as untimely.

Therefore, judgment is entered in favor of respondent.  Petitioner shall take nothing by way of

his petition.  The Clerk shall close the file.

        IT IS SO ORDERED.

DATED: _____                   _____
                                         RONALD M. WHYTE
                                         United States District Judge

Judgment
P:\PRO-SE\RMW\HC.13\Powell703jud2.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


KEVIN JEROME POWELL,

               Plaintiff,

   v.

WARDEN G. SWARTHOUT et al,

               Defendant.

                                  /

Case Number: CV13-01703 RMW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 29, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Kevin Jerome Powell G-29126
P.B.S.P.
B-3-210
PO Box 7500
Crescent City, CA 95532-7000


Dated: May 29, 2015

                                  Richard W. Wieking, Clerk
                                  By: Jackie Lynn Garcia, Deputy Clerk